Application granted.

January 26, 2018

*SO ORDERED* /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the matter of: Anderson v. Osborne et al

January 14, 2018

RECEIVED
JAN 24 2018
HON. LISA MARGARET SMITH
U.S.M.J.

Case No. 17cv539 (VB)(L.M.S.)

Dear Hon. Smith,

I wish to request an extension of a January 31, 2018 deadline. (Responding to defendant's "first set of interrogatories, Defendants first set of document Demands.)

The reason I wish to make such request is, I'm going to have surgery (shoulder) within the next few days. Normally, when a surgery such as the one I'm having, requires, days in facility infirmary, days, sometimes weeks, on medical keeplock (inside cell 24-7). Due to the above mention circumstances, I will be unable to attend to Law Library, which will ~~needs~~ hinder me from receiving the assistance that I need.

I wish to request a 30 day extension (until, approx. March 2, 2018).

Very truly yours,
Jerome Anderson
Jerome Anderson

CC: A.A.G
Neil Shelvin

Auburn Corr. Fac.
135 State Street
Auburn, N.Y. 13021-1800

Encls: Consent And Reference of A Civil Action to A Magistrate Judge.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Jerome Anderson
*Plaintiff*

v.

Osborne et al
*Defendant*

Civil Action No. 17 cv 539

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Jerome Anderson | Jerome Anderson | 1/14/18 |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                              _____
                                                                   *District Judge's signature*

                                                                   _____
                                                                   *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Jerome Anderson   DIN: 00A0502

USMS SDNY

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
The Daniel Patrick Moynihan
United State Courthouse
U.S. Court House - 500 Pearl Street
New York, NY 10007