UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
JEROME ANDERSON,
                Plaintiff,

                                            NOTICE OF APPEARANCE

                                            17 Civ. 0539 (VB)

    -against-


SGT. OSBORNE ET AL,
                Defendant.
------------------------------------------------------------------

      PLEASE TAKE NOTICE that the undersigned, Michael D. Diederich, Jr., hereby appears for the Plaintiff herein, and demands that all papers be served upon the undersigned.


                                        _____/S/_____
                                        MICHAEL D. DIEDERICH, JR.
                                        *Attorney for Plaintiff*  MD 2097
                                        361 Route 210
                                        Stony Point, NY 10980
                                        (845) 942-0795
                                        Mike@DiederichLaw.com