UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICAL
DOC #:
DATE FILED: 2/6/20

------------------------------------------------------------x

JEROME ANDERSON,

               Plaintiff,

v.

SGT. ROBERT OSBORNE; C.O. MATTHEW
ERNST; C.O. JAMES HENNIG; C.O. ROBERT
SNEDEKER; C.O. JOSE MOREL; C.O.
WARREN FREEMAN; and C.O.
CHRISTOPHER DILLON,

               Defendants.

------------------------------------------------------------x

**ORDER**

17 CV 539 (VB)

The Court held an on-the-record conference today at which plaintiff's counsel and defense counsel appeared in person. Accordingly, it is HEREBY ORDERED:

    1.    Defendants' motion in limine is GRANTED IN PART inasmuch as it seeks to preclude plaintiff from raising a Fourth Amendment claim at trial.

    2.    Defendants' motion in limine is DENIED AS MOOT inasmuch as it seeks to preclude plaintiff's use at trial of documents respecting his disciplinary appeal, Article 78 proceeding, and grievance submissions. The parties resolved at the conference this portion of defendants' motion.

    3.    Defendants' motion in limine is DENIED WITHOUT PREJUDICE inasmuch as it seeks to preclude plaintiff from presenting certain exhibits or documents at trial. Plaintiff's counsel has agreed to provide defense counsel a detailed list containing all exhibits plaintiff intends to present at trial.

    4.    The clerk is instructed to terminate the motion. (Doc. #128).

5.    Jury selection and trial is scheduled for February 10, 2020, at 9:30 a.m.

Dated: February 5, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge