UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEROME ANDERSON,
                        Plaintiff,

v.

SGT. ROBERT OSBORNE;
C.O. MATTHEW ERNST;
C.O. JAMES HENNIG;
C.O. ROBERT SNEDEKER;
C.O. JOSE MOREL; and
C.O. WARREN FREEMAN,
                        Defendants.
--------------------------------------------------------------x

**JUDGMENT**

17 CV 539 (VB)



It is hereby **ORDERED, ADJUDGED, AND DECREED**:

That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, Plaintiff Jerome Anderson have judgment for compensatory damages against defendants Sgt. Robert Osborne, C.O. Matthew Ernst, C.O. James Hennig, and C.O. Robert Snedeker in the amount of $75,000.00; Plaintiff have judgment for punitive damages against Sgt. Robert Osborne in the amount of $275,000.00; Plaintiff have judgment for punitive damages against C.O. Matthew Ernst in the amount of $125,000.00; Plaintiff have judgment for punitive damages against C.O. James Hennig in the amount of $125,000.00; and Plaintiff have judgment for punitive damages against C.O. Robert Snedeker in the amount of $50,000.00.

Dated: February 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge