**MICHAEL D. DIEDERICH, JR.**
*Attorney at Law*
**361 Route 210
Stony Point, NY 10980
(845) 942-0795
(845) 942-0796 (fax)
www.DiederichLaw.com**

*Law Practice concentrating in employment law,
employment discrimination, civil rights law*

February 24, 2020

Hon. Vincent L. Briccetti, USDJ
U.S. Courthouse
300 Quarropas Street
White Plains, NY  10601


RE:  *Anderson v. Sgt. Osborne et al*, 17 Civ. 0539—
<u>Request for free copy of Trial Transcript</u>


Dear Judge Bricetti:

     Today, the Court issued a Judgment in favor of my client, Jerome Anderson.  As Your Honor is aware, my client is serving a 37 year sentence in state prison and thus is unemployed and without assets.

     The Court received daily copy of the trial transcript, as did opposing counsel (the Attorney General's office-- presumably at taxpayer expense). On behalf of my client, I previously requested a copy of the trial transcript. Your Honor denied the motion, perhaps because the court viewed it as premature at that time, in the absence of a jury verdict.

     The jury subsequently awarded a substantial verdict in favor of my client. I presume that Defendants' will make a post-verdict motion and file an appeal. (I have asked, but not received a reply.)   I will require the transcript in order to adequately prepare opposition papers.  However, my client presently has no funds to pay for such.

     Accordingly, in order to adequately represent my client, and the interests of justice, I request that the court direct opposing counsel, or the court reporter, to provide me with an electronic copy of the trial transcript, or access to the Court's copy.


                                                    Respectfully submitted,

                                                    /S/
                                          Michael Diederich, Jr.

cc: opposing counsel
    *via* ECF and email