

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | DIVISION OF STATE COUNSEL<br>LITIGATION BUREAU |

**BY ECF**  February 25, 2020
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *Anderson v. Osborne, et al.*, **17-CV-539(VB)**

Dear Judge Briccetti:

    This Office represents Defendants in the above-captioned action.  I write in response to Plaintiff's February 24, 2020 letter seeking an order directing this Office to provide Plaintiff's counsel with an electronic copy of the trial transcript, or alternatively, an order granting counsel access to the Court's copy.

    Defendants take no position on Plaintiff's request, but note that this issue was already raised at trial and the Court denied counsel's request.  Additionally, the request precludes the court reporter from obtaining fees that she is statutorily entitled to.  28 U.S.C. § 753(f).

                                    Respectfully submitted,

                                    */s/ Deanna L. Collins*
                                  Deanna L. Collins
                                  Assistant Attorney General
                                  (212) 416-8906
                                  Deanna.Collins@ag.ny.gov

cc:    Counsel of Record (by ECF)