UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEROME ANDERSON,
                      Plaintiff,

v.

SGT. ROBERT OSBORNE;                       **AMENDED JUDGMENT**
C.O. MATTHEW ERNST;
C.O. JAMES HENNIG;                             17 CV 539 (VB)
C.O. ROBERT SNEDEKER;
C.O. JOSE MOREL; and
C.O. WARREN FREEMAN,
                      Defendants.
------------------------------------------------------------x

It is hereby **ORDERED, ADJUDGED, AND DECREED**:

That on August 13, 2018, the Court dismissed with prejudice plaintiff Jerome Anderson's claims against defendants Sergeant Gordon Perry, Registered Nurse Ching Wang, Registered Nurse S. Ganet, Doctor Bentivegna, Hearing Officer Eric Gutwein, and Pre-Hearing Assistant Randall Berstell;

That on December 23, 2019, the Court dismissed with prejudice plaintiff Jerome Anderson's claims against defendants Correction Officers Luis Cabrera and Christina Lorenzo;

That plaintiff Jerome Anderson's claims against defendant Sergeant John Carter are dismissed, as a suggestion of death as to Sergeant Carter was filed on May 22, 2019, and plaintiff did not move to substitute Sergeant Carter's estate as a defendant in this action;

That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, plaintiff Jerome Anderson have judgment for compensatory damages against defendants Sergeant Robert Osborne and Correction Officers Matthew Ernst, James Hennig, and Robert Snedeker, in the amount of $75,000.00; plaintiff have judgment for punitive damages against Sergeant Robert Osborne in the amount of $275,000.00; plaintiff have judgment for punitive damages against Correction Officer Matthew Ernst in the amount of $125,000.00; plaintiff have

1

judgment for punitive damages against Correction Officer James Hennig in the amount of $125,000.00; and plaintiff have judgment for punitive damages against Correction Officer Robert Snedeker in the amount of $50,000.00;

That on February 12, 2020, during the aforesaid Jury Trial, plaintiff Jerome Anderson dismissed with prejudice his claims against defendant Correction Officer Christopher Dillon; and

That plaintiff Jerome Anderson's claims against Correction Officers Jose Morel and Warren Freeman are dismissed, because following the aforesaid Jury Trial, the jury found in favor of Correction Officers Morel and Freeman as to plaintiff's claims against them.

Dated: October 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge