UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEROME ANDERSON,
                            Plaintiff,

v.

SGT. ROBERT OSBORNE;
C.O. MATTHEW ERNST;
C.O. JAMES HENNIG; and
C.O. ROBERT SNEDEKER,
                          Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 539 (VB)

The Court conducted a status conference today regarding plaintiff's motion for attorney's fees and costs pursuant to 42 U.S.C. § 1988(b), at which counsel for all parties appeared by telephone. Accordingly, it is HEREBY ORDERED:

By **June 1, 2021**, plaintiff's counsel shall communicate with their client regarding the matters discussed during today's conference and submit a letter to the Court regarding plaintiff's pending motion for attorney's fees.

Dated: May 3, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge