UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEROME ANDERSON,
                      Plaintiff,

v.

**ORDER**

SGT. ROBERT OSBORNE;
C.O. MATTHEW ERNST;
C.O. JAMES HENNIG; and
C.O. ROBERT SNEDEKER,
                      Defendants.

17 CV 539 (VB)

--------------------------------------------------------------x

On October 20, 2020, the Court entered an Amended Judgment in the above-captioned action, which resolved all claims in this case. (Doc. #162). In addition, the Court has resolved the post-Judgment motion for attorney's fees.

Accordingly, the Clerk is instructed to close this case.

Dated: June 30, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge